IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| VICKY STOKES, RODNEY BARNETT, AND MICHAEL BARNETT, AS THE PERSONAL REPRESENTATIVES OF THE ESTATE OF JOHN M. BARNETT, | ) ) ) ) ) | Civil Action No.: 2:25-cv-02110-BHH |
| PLAINTIFFS, | ) ) | **PLAINTIFFS' ANSWERS TO LOCAL RULE 26.01** |
| vs. | ) ) | |
| THE BOEING COMPANY, | ) ) | |
| DEFENDANT. | ) ) | |
| _____ | ) | |

The Plaintiffs, Vicky Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett, by and through their undersigned counsel, hereby provide the following answers to Local Rule 26.01:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: None known.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: A jury trial is demanded, pursuant to any and all applicable constitutional rights and/or federal rules.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock: (2) each publicly-owned company of which it is a parent and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: No.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01 (D.S.C.).

**ANSWER: This civil action for wrongful death and abuse of process arises under the**

common law of South Carolina between citizens of Louisiana and a corporate citizen of Delaware in which damages exceed $75,000.00. Thus, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District.

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER: No.**


Dated: March 19, 2025

Respectfully submitted,

*s/ Robert M. Turkewitz*
Robert M. Turkewitz (Fed ID No.: 4902)
**LAW OFFICE OF ROBERT M. TURKEWITZ, LLC**
768 St. Andrews Blvd.
Charleston, SC 29407
T: 843-628-7868
F: 843-277-1438
rob@rmtlegal.com

Brian M. Knowles (Fed ID No: 9694)
**KNOWLES LAW FIRM, PC**
768 St. Andrews Blvd.
Charleston, SC 29407
T: (843) 810-7596
F: (877) 408-1078
brian@knowlesinternational.com
www.knowlesinternational.com

David Boies *(pro hac vice forthcoming)*
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
T: (914) 749-8201
F: (914) 749-8300
dboies@bsfllp.com

Sigrid McCawley *(pro hac vice forthcoming)*
Carl Goldfarb *(pro hac vice forthcoming)*
Sara Murray *(pro hac vice forthcoming)*
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
T: (954) 356-0011
F: (954) 356-0022
smccawley@bsfllp.com
cgoldfarb@bsfllp.com
smurray@bsfllp.com
www.bsfllp.com

*Attorneys for Plaintiffs*