AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Vickie Stokes, Rodney Barnett, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-02110-BHH |
| The Boeing Company, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Boeing Company       .

Date:   04/10/2025

/s/ Molly H. Craig
*Attorney's signature*

Molly H. Craig (6671)
*Printed name and bar number*

HOOD LAW FIRM, LLC
172 Meeting Street
Charleston, SC  29401
*Address*

molly.craig@hoodlaw.com; info@hoodlaw.com
*E-mail address*

(843) 577-4435
*Telephone number*

(843) 722-1630
*FAX number*