AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Vickie Stokes, Rodney Barnett, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-02110-BHH |
| The Boeing Company, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant The Boeing Company                                                                                                    .

Date:   04/10/2025                                                    /s/ Robert H. Hood, Jr.
                                                                                   *Attorney's signature*

                                                                        Robert H. Hood, Jr. (6998)
                                                                        *Printed name and bar number*

                                                                        HOOD LAW FIRM, LLC
                                                                        172 Meeting Street
                                                                        Charleston, SC  29401
                                                                                   *Address*

                                                                        bobbyjr.hood@hoodlaw.com; info@hoodlaw.com
                                                                                   *E-mail address*

                                                                        (843) 577-4435
                                                                                   *Telephone number*

                                                                        (843) 722-1630
                                                                                   *FAX number*