# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Vicky Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett, <br><br> *Plaintiffs*, <br><br> Versus <br><br> The Boeing Company, <br><br> *Defendant*. | Case No. 2:25-cv-02110-BHH <br><br> **CONSENT MOTION FOR EXTENSION OF RUBIN ORDER** |

Pursuant to Local Civil Rule 6.01, Defendant The Boeing Company ("Defendant") and Plaintiffs Vicky Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett ("Plaintiffs" and, collectively with Defendant, the "Parties") jointly submit this Consent Motion for a sixty (60) day extension of the Court's Rubin Order. Rubin Order, May 12, 2025 (ECF No. 20). Pursuant to this Order, the Parties' deadline to complete and consummate the settlement of this matter is currently Friday, July 11, 2025. Id. With the requested extension, the new deadline would be Tuesday, September 9, 2025.

Since the entry of the Rubin Order, the parties have been diligently negotiating the final terms and provisions of the settlement documents. However, the parties agree that additional time is needed to complete these negotiations and complete the settlement of this matter.

This deadline has not been previously extended. The requested extension would not affect other deadlines as no other deadlines exist at this time. Therefore, the Parties respectfully request that the Rubin Order be extended by an additional sixty (60) days, such that the new deadline would be Tuesday, September 9, 2025.

Submitted this 10th day of July, 2025.

| WE SO MOVE: | WE SO CONSENT: |
|---|---|

/s/ Virginia R. Floyd
Molly H. Craig (6671)
molly.craig@hoodlaw.com
Robert H. Hood, Jr. (6998)
bobbyjr.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com
J. Alex Boone (14135)
alex.boone@hoodlaw.com
HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Ph: (843) 577-4435 / Fax: (843) 722-1630

*Attorneys for the Defendant
The Boeing Company*

/s/ Robert M. Turkewitz
Robert M. Turkewitz (4902)
rob@rmtlegal.com
Law Office of Robert M. Turkewitz, LLC
768 St. Andrews Blvd.
Charleston, SC 29407
T: (843) 628-7868/F: (843) 277-1438

Brian M. Knowles (9694)
brian@knowlesinternational.com
768 St. Andrews Blvd.
Charleston, SC 29407
T: (843) 810-7596/F: (877 408-1078

David Boies (pro hac vice)
dboies@bsfllp.com
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
T: (914) 749-8201/F: (914) 749-8300

Sigrid McCawley (pro hac vice)
smccawley@bsfllp.com
Carl Goldfarb (pro hac vice)
cgoldfarb@bsfllp.com
Sara Murray (pro hac vice)
smurray@bsfllp.com
Boies Schiller Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
T: (954) 356-0011/F: (954) 356-0022

*Attorneys for the Plaintiffs*