**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Vicky Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett, | ) ) ) | Case No.  2:25-cv-02110-BHH |
| | ) | |
| *Plaintiffs*, | ) | **CONSENT MOTION FOR** |
| | ) | **EXTENSION OF RUBIN ORDER** |
| Versus | ) | |
| | ) | |
| The Boeing Company, | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

Pursuant to Local Civil Rule 6.01, Defendant The Boeing Company ("Defendant") and Plaintiffs Vicky Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett ("Plaintiffs" and, collectively with Defendant, the "Parties") jointly submit this Consent Motion for a thirty (30) day extension of the Court's Rubin Order.  Rubin Order, July 14, 2025 (ECF No. 22).  The Parties' current deadline to complete and consummate the settlement of this matter is currently Tuesday, September 9, 2025.  Id.  With the requested extension, the new deadline would be Thursday, October 9, 2025.

The parties have reached agreement on the terms of the settlement documents; however, additional time is needed to complete the execution of the same and to complete the approval process outlined in S.C. Code § 15-51-41 *et seq*.

This deadline has been extended on one prior occasion. *See* Order, ECF No. 22.  The requested extension would not affect other deadlines as no other deadlines exist at this time. Therefore, the Parties respectfully request that the Rubin Order be extended by an additional thirty (30) days, such that the new deadline would be Thursday, October 9, 2025.

Submitted this 8th day of September, 2025.

| WE SO MOVE: | WE SO CONSENT: |
|---|---|

*/s/ Virginia R. Floyd*

Molly H. Craig (6671)
molly.craig@hoodlaw.com
Robert H. Hood, Jr. (6998)
bobbyjr.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com
HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Ph: (843) 577-4435 / Fax: (843) 722-1630

*Attorneys for the Defendant*
*The Boeing Company*

*/s/ Brian M. Knowles*

Robert M. Turkewitz (4902)
rob@rmtlegal.com
Law Office of Robert M. Turkewitz, LLC
768 St. Andrews Blvd.
Charleston, SC 29407
T: (843) 628-7868/F: (843) 277-1438

Brian M. Knowles (9694)
brian@knowlesinternational.com
768 St. Andrews Blvd.
Charleston, SC 29407
T: (843) 810-7596/F: (877 408-1078

David Boies (pro hac vice)
dboies@bsfllp.com
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
T: (914) 749-8201/F: (914) 749-8300

Sigrid McCawley (pro hac vice)
smccawley@bsfllp.com
Carl Goldfarb (pro hac vice)
cgoldfarb@bsfllp.com
Sara Murray (pro hac vice)
smurray@bsfllp.com
Boies Schiller Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
T: (954) 356-0011/F: (954) 356-0022

*Attorneys for the Plaintiffs*

2