EXHIBIT A

NINTH JUDICIAL DISTRICT COURT

PARISH OF RAPIDES

| | | |
|---|---|---|
| SUCCESSION | * | PROBATE NUMBER *47781* |
| | * | |
| OF | * | DIVISION " *F* " |
| | * | |
| JOHN BARNETT | * | STATE OF LOUISIANA |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LETTERS OF ADMINISTRATION

BE IT KNOWN:

Vicky A. Stokes, Rodney L. Barnett, and Michael Barnett have been named, appointed and confirmed as Independent Co-Administrator of the Succession of the late John Barnett ("the Decedent"), and, having complied with all the legal requirements relative thereto, are fully qualified, authorized and empowered to collect all property of the Decedent and to perform all other lawful acts as Co-Administrator, without the necessity of posting bond. Each Co-Administrator may act independently of another Co-Administrator.

WITNESS THEREOF our hand and Seal of this Honorable Court on this *2nd* day of *April* 2024, in the City of Alexandria, Parish of Rapides, State of Louisiana.

_____
Deputy Clerk

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS
A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
AND OF RECORD IN THIS OFFICE.
IN FAITH, WHEREOF, WITNESS MY HAND AND SEAL OF
OFFICE, AT ALEXANDRIA, LOUISIANA, THIS _____
DAY OF _____ A.D., 20____
ROBIN L. HOOTER
BY _____
DY. CLERK OF COURT

NINTH JUDICIAL DISTRICT COURT

PARISH OF RAPIDES

| | | |
|---|---|---|
| SUCCESSION | * | PROBATE NUMBER _47,481_ |
| | * | |
| OF | * | DIVISION " _F_ " |
| | * | |
| JOHN BARNETT | * | STATE OF LOUISIANA |
| | * | |

**************************************************************************

ORDER APPOINTING CO-ADMINISTRATORS
AND DIRECTING ISSUANCE OF LETTERS TESTAMENTARY

Considering the foregoing Petition to Open Succession and for Appointment of Co-Administrators; the Oath of Office of Remmie Barnett; and the Affidavit of Death, Domicile and Heirship, and the other supporting documents:

IT IS ORDERED that the Succession of John Barnett is hereby opened; Vicky A. Stokes, Rodney L. Barnett, and Michael Barnett is hereby confirmed as Co-Administrators; and Letters of Administration be issued to them upon compliance with the requisites of law; and

It is further ORDERED that the security required for faithful performance for the duties of the Co-Administrators be fixed at zero.

Signed on this __28TH__ day of March 2024, in the City of Alexandria, Parish of Rapides, State of Louisiana.

DISTRICT JUDGE
NINTH JUDICIAL DISTRICT COURT

FILED & RECORDED
ROBIN L. HOOTER
CLERK OF COURT
BY _____
D. CLERK & RECORDER
RAPIDES PARISH LA
2024 MAR 28 PM 1:35