**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Vicky Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett | ) ) ) ) | Case No. 2:25-cv-02110-BHH |
| *Plaintiffs*, | ) ) | **CERTIFICATE OF COUNSEL** |
| Versus | ) ) | |
| The Boeing Company, | ) ) ) | |
| *Defendant*. | ) | |

We, the undersigned attorneys for the above named Personal Representatives, join in the foregoing Petition and evidence hereby our approval of the settlement set forth herein. It is our opinion that the settlement as outlined above is fair, reasonable and in the best interest of the statutory beneficiaries of the above-named decedent and of the Estate of the above-named decedent.

LAW OFFICE OF ROBERT M. TURKEWITZ, LLC

*s/Robert M. Turkewitz*
St. Andrews Law Center
768 St. Andrews Boulevard
Charleston, South Carolina  29407
Ph. 843-628-7868
(C) 843-696-4549
Fax 843-277-1438
(Fed.I.D.# 4902)
Email:  rob@rmtlegal.com

KNOWLES LAW FIRM, PC

Brian M. Knowles, Esquire
S.C. Bar No.: 73108
Federal ID No.:  9694

768 St. Andrews Blvd., Charleston, SC 29407
T:  843-810-7596
F:  877-408-1078
brian@knowlesinternational.com
www.knowlesinternational.com

BOIES SCHILLER FLEXNER LLP

David Boies
Sigrid McCawley
Carl Goldfarb
333 Main Street
Armonk, NY 10504
(t) +1 914.749.8201
dboies@bsfllp.com
smccacawley@bdflp.com
cgoldfarb@bsfllp.com
www.bsfllp.com