# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Vicky Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett<br><br>*Plaintiffs*,<br><br>Versus<br><br>The Boeing Company,<br><br>*Defendant*. | Case No. 2:25-cv-02110-BHH<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE** |

Robert M. Turkewitz, co-counsel for the plaintiffs, respectfully requests this Honorable Court's protection from being called to hearings or other Court appearances in this case from December 15, 2025 to January 12, 2026, for a family vacation.

             Respectfully submitted,

             *s/Robert M. Turkewitz*

             LAW OFFICE OF ROBERT M. TURKEWITZ, LLC
             S.C. Bar No.: 011589
             Fed. ID: 4902
             768 St. Andrews Boulevard
             Charleston, South Carolina 29407
             Ph. 843-628-7868
             (C) 843-696-4549
             Fax 843-277-1438

November 20, 2025        rob@rmtlegal.com
Charleston, South Carolina     www.rmtlegal.com
             *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Amy Hauck, hereby certify that I have on this 20th day of November 2025, served a copy of the Notice of Request for Protection from Court Appearance via email only on the following counsel of record:

Robert Hood, Jr.
Virginia Rogers Floyd
Hood Law Firm
172 Meeting Street
P.O. Box 1508
Charleston, SC 29401
virginia.floyd@hoodlaw.com
Bobbyjr.hood@hoodlaw.com

> *s/Amy Hauck*
> Legal Assistant to Robert M. Turkewitz
> LAW OFFICE OF ROBERT M. TURKEWITZ, LLC
> 768 St. Andrews Boulevard
> Charleston, South Carolina  29407
> Email:  amy@rmtlegal.com