UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Vickie Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett, <br>           *Plaintiffs*, <br><br> Versus <br><br> The Boeing Company, <br>           *Defendant*. | Case No. 2:25-cv-02110-BHH <br><br> **DEFENDANT'S MEMORANDUM IN SUPPORT OF AMENDED PETITION FOR SETTLEMENT APPROVAL** |

Defendant The Boeing Company ("Defendant") submits this Memorandum in Support of Plaintiffs' Amended Petition for Settlement Approval dated December 12, 2025 (ECF No. 32).

During the January 8, 2026 hearing conducted on the Amended Petition, the Court requested that Defendant provide a supplemental filing regarding the payment of a settlement related to the administrative law proceeding styled, *The Estate of John M. Barnett v. The Boeing Company*, Administrative Law Case No. 2021-AIR-00007 (the "AIR 21 Action"). Defendant therefore provides the attached Affidavit of Robert R. Brown, Esq. in further support of the Amended Petition and requests that the Court approve the settlement of the present action as requested in the same.

Submitted this 15th day of January, 2026.

               */s/ Molly H. Craig*
               Molly H. Craig (6671)
               molly.craig@hoodlaw.com
               Robert H. Hood, Jr. (6998)
               bobbyjr.hood@hoodlaw.com
               Virginia R. Floyd (12212)
               virginia.floyd@hoodlaw.com
               HOOD LAW FIRM, LLC
               172 Meeting Street/Post Office Box 1508
               Charleston, SC  29402
               Ph: (843) 577-4435 / Fax: (843) 722-1630

               *Attorneys for the Defendant*
               *The Boeing Company*