UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Vickie Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett,<br><br>        *Plaintiffs*,<br><br>Versus<br><br>The Boeing Company,<br><br>        *Defendant.* | Case No. 2:25-cv-02110-BHH<br><br>**AFFIDAVIT OF<br>ROBERT R. BROWN, ESQ.** |

PERSONALLY APPEARED BEFORE ME Robert R. Brown, Esq. who, being duly sworn and of sound mind, does swear and attest as follows:

1. My name is Robert R. Brown. I am a citizen and resident of Charleston County, South Carolina, am over the age of eighteen (18), and am competent to make this Affidavit.

2. I am Senior Counsel for Labor and Employment for The Boeing Company.

3. Payment of the settlement of the administrative law proceeding styled, *The Estate of John M. Barnett v. The Boeing Company*, Administrative Law Case No. 2021-AIR-00007 (the "AIR 21 Action") is not contingent upon anything related to the above-captioned action, including the approval of its settlement as described in Plaintiffs' Amended Petition for Settlement Approval.

4. The Boeing Company will provide payment of the settlement related to the AIR21 Action to Plaintiff's counsel by no later than Friday, February 13, 2026.

FURTHER AFFIANT SAYETH NOT.

_____
Robert R. Brown, Esq.

SWORN TO AND SUBSCRIBED before me
this 14th day of January, 2026.

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 12/1/2032