**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Vicky Stokes, Rodney Barnett, and Michael Barnett, as the Personal Representatives of the Estate of John M. Barnett, | ) ) ) ) ) | Civil Action No.: 2025-cv-2110-BHH |
| Plaintiffs, | ) ) | **MOTION TO WITHDRAW AS COUNSEL** |
| vs. | ) ) | |
| The Boeing Company, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Local Rule 83.I.07, Sara Murray, from the law firm of Boies Schiller Flexner, who was admitted pro hac vice to represent Plaintiffs Vicky Stokes, Rodney Barnett, and Michael Barnett as the Personal Representatives of the Estate of John M. Barnett ("Plaintiffs"), hereby moves to withdraw as counsel of record for Plaintiffs as Ms. Murray is departing the firm. In support of this Motion, Ms. Murray shows the following:

1.      Plaintiffs will continue to be represented by attorneys Robert M. Turkewitz of Law Office of Robert M. Turkewitz, LLC; Brian M. Knowles of Knowles Law Firm, PC; and David Boies, Sigrid McCawley, and Carl Goldfarb of Boies Schiller Flexner LLP.

2.      This Motion is made with the consent of the Plaintiffs and the attorneys who will remain as counsel for Plaintiffs.

3.      Pursuant to Local Rule 7.02, the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant, and they have indicated their consent to this Motion.

4.      This withdrawal of counsel will neither prejudice the parties nor cause undue delay in this matter.

1

Accordingly, Ms. Murray respectfully requests leave to withdraw as counsel for Plaintiffs, and that the Court issue an order withdrawing her as counsel of record.

Respectfully submitted,

*s/Robert M. Turkewitz*
Robert M. Turkewitz
S.C. Bar No. 011589; Federal ID No. 4902
**LAW OFFICE OF ROBERT M. TURKEWITZ, LLC**
768 St. Andrews Blvd.
Charleston, SC 29407
T: 843-628-7868
F: 843-277-1438
rob@rmtlegal.com

Brian M. Knowles
S.C. Bar No. 73108; Federal ID No. 9694
**KNOWLES LAW FIRM, PC**
768 St. Andrews Blvd.
Charleston, SC 29407
T: (843) 810-7596
F: (877) 408-1078
brian@knowlesinternational.com

David Boies *(admitted pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
T: (914) 749-8201
F: (914) 749-8300
dboies@bsfllp.com

Sigrid McCawley *(admitted pro hac vice)*
Carl Goldfarb *(admitted pro hac vice)*
Sara Murray *(admitted pro hac vice)*
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
T: (954) 356-0011
F: (954) 356-0022
smccawley@bsfllp.com
cgoldfarb@bsfllp.com
smurray@bsfllp.com

*Attorneys for Plaintiffs*

2