# Exhibit B

# UNITED STATES DEPARTMENT OF LABOR
## OFFICE OF ADMINISTRATIVE LAW JUDGES
## Newport News, VA

**Issue Date: 26 August 2025**

**Case No.:** **2021-AIR-00007**

*In the Matter of:*

**THE ESTATE OF JOHN M. BARNETT,**
*Complainant,*

*v.*

**THE BOEING COMPANY,**
*Respondent,*

## ORDER APPROVING STIPULATION OF DISMISSAL AND SETTLEMENT AGREEMENT

This proceeding arises out of a complaint filed under the employee protection provisions of the Wendell H. Ford Aviation Investment and Reform Act for the 21st Century, 49 U.S.C. § 42121 (AIR21). On August 22, 2025, the parties filed a Joint Motion for Approval of Settlement, Dismissal with Prejudice, and Confidential Treatment of Settlement Agreement, as well as the Confidential Settlement Agreement and General Release (both in redacted and confidential forms).

If the parties agree to settle the case, the settlement must be approved by the administrative law judge. 29 C.F.R. § 1979.111(d). Upon review of the parties' Settlement Agreement and General Release, I find that the terms of the settlement are

fair, adequate, and reasonable, and do not contravene the public interest.[1] Therefore, the parties' stipulation of dismissal and settlement agreement will be approved.

Because the Office of Administrative Law Judges is a government agency, and this is a public proceeding, the parties' submissions in this case, including the Confidential Settlement Agreement and General Release, become a part of the record in this case, and are subject to the Freedom of Information Act (FOIA). FOIA requires agencies to disclose requested records unless they are exempt from disclosure under FOIA. The Settlement Agreement provides that both parties will keep the existence and terms of the Settlement Agreement confidential, with certain specified exceptions. The parties have stipulated to the confidential nature of the Settlement Agreement.

Per 29 C.F.R. §18.85(b), the undersigned specifically finds that the redacted portions of the Confidential Settlement Agreement and General Release warrant redaction. I find the redacted portions contain sensitive commercial or financial information and could result in a competitive disadvantage if disclosed and that the parties would otherwise hold this information private within the ordinary course of business. Accordingly, to protect the parties from improper disclosure of this confidential information, to the furthest extent permitted by law, the Settlement Agreement will be sealed and maintained in a designated OALJ non-public electronic system. *See* 29 C.F.R. § 18.85.

---

[1] As part of the settlement, the parties agreed Complainant released Respondent from liability for claims under "any federal, state, local, or administrative statute, regulation, ordinance, or rule of any kind," providing illustrative examples. My authority is limited to the approval of a settlement under AIR21. In approving the parties' settlement agreement, I do not endorse the legality of the general release of claims arising under other statutes.

This order shall serve as notice that the parties object to disclosure and seek the pre-disclosure FOIA procedures of 29 C.F.R. § 70.26 prior to any release of information.

Accordingly, IT IS ORDERED that

1. The unredacted copy of the Confidential Settlement Agreement and General Release is SEALED. A redacted copy of the agreement will remain in the administrative file;
2. The parties' Confidential Settlement Agreement and General Release is APPROVED;
3. The parties are directed to carry out the terms of their Settlement Agreement; and
4. The above-captioned matter is hereby DISMISSED with prejudice.

**SO ORDERED.**

**PAMELA A. KULTGEN**
Administrative Law Judge

## SERVICE SHEET

Case Name: **BARNETT_JOHN_M_v_THE_BOEING_COMPANY_**

Case Number: **2021AIR00007**

Document Title: **Order Approving Stipulation of Dismissal and Settlement Agreement**

I hereby certify that a copy of the above-referenced document was sent to the following this 26th day of August, 2025:

**JOAN BUCHANAN**
Paralegal Specialist

OSHA, Whistlebl Director
OSHA.DWPP@dol.gov
Director
Directorate of Whistleblower Protection Programs
U S Department of Labor, OSHA
Room N 4618 FPB
200 CONSTITUTION AVE NW
WASHINGTON DC 20210
*{Electronic - Regular Email}*

OSHA-REG4-WB@dol.gov
Regional Administrator
Region 4
U. S. Department of Labor, OSHA
61 Forsyth Street, S.W.
ATLANTA GA 30303
*{Electronic - Regular Email}*

Atlanta Regional Solicitor
m-atl.fedcourt@dol.gov
Regional Solicitor
U. S. Department of Labor
Sam Nunn Federal Center
Room 7T10
61 Forsyth Street, S.W.
ATLANTA GA 30303
*{Electronic - Regular Email}*

Associate Solicitor Fair Labor Standards
FLS-Filings@dol.gov
Associate Solicitor
Division of Fair Labor Standards
U. S. Department of Labor
Room N-2716, FPB
200 Constitution Ave., N.W.
WASHINGTON DC 20210
*{Electronic - Regular Email}*

Robert Turkewitz
rob@rmtlegal.com
768 St. Andrews Blvd.
CHARLESTON SC 29407
*{Electronic - Regular Email}*

Brian Knowles
brian@knowlesinternational.com
768 St. Andrews Blvd.
CHARLESTON SC 29407
*{Electronic - Regular Email}*

Benjamin Glass
ben.glass@ogletreedeakins.com
211 KING ST
CHARLESTON SC 29401
*{Electronic - Regular Email}*

Amy Pocklington
amy.pocklington@ogletreedeakins.com
901 East Byrd Street Suite 1300
RICHMOND VA 23219
*{Electronic - Regular Email}*

David Boies
dboies@bsfllp.com
333 Main Street
ARMONK NY 10504
*{Electronic - Regular Email}*

Sigrid McCawley
smccawley@bsfllp.com
401 E. Las Olas Blvd. Suite 120
FT. LAUDERDALE FL 33301
*{Electronic - Regular Email}*

Carl Goldfarb
cgoldfarb@bsfllp.com
3290 sw 17 street
MIAMI FL 33145
*{Electronic - Regular Email}*

Sara Murray
smurray@bsfllp.com
401 East Las Olas Blvd. Suite 1200
FORT LAUDERDALE FL 33301
*{Electronic - Regular Email}*